IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Allen, Kevin | Case Number: 05 B 22257 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 6/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 5, 2008
Confirmed: July 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,201.72 |  |
| Secured: |  | 12,635.99 |
| Unsecured: |  | 615.35 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 750.38 |
| Other Funds: |  | 0.00 |
| Totals: | 15,201.72 | 15,201.72 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cossidente Salus & Toolis, LTD | Administrative | 1,200.00 | 1,200.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 5,382.67 | 5,382.67 |
| 4. | Westberry Village Condo Assoc | Secured | 4,150.00 | 4,150.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 3,103.32 | 3,103.32 |
| 6. | Onyx Acceptance Corp | Unsecured | 2,468.14 | 267.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,999.45 | 216.29 |
| 8. | Nicor Gas | Unsecured | 506.96 | 54.84 |
| 9. | AmeriCash Loans, LLC | Unsecured | 713.83 | 77.22 |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Comcast | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | JP Morgan Chase Bank | Unsecured |  | No Claim Filed |
| 14. | Nextel Communications | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,524.37 | $ 14,451.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 54.72 |
| 5.5% | 133.77 |
| 5% | 91.23 |
| 4.8% | 175.12 |
| 5.4% | 295.54 |
|  | _____ |
|  | $ 750.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Allen, Kevin

Printed:   7/22/08

Case Number:   05 B 22257
Judge:   Wedoff, Eugene R
Filed:   6/6/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

